BEFORE THE SECOND DIVISION, MARCH 6, 1946

**No. 50926.**—Protest 95284–K of James McCutcheon & Co. (New York).

Opinion by TILSON, J. An examination of the official record failing to disclose any reason which would justify the court in disturbing the action of the collector, the protest was overruled.

**No. 50927.**—Protests 15517–K, etc., of Boutross Bros. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400·the court dismissed the protests.

**No. 50928.**—Protests 42421–K, etc., of Walter G. Berger & Co. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50929.**—Protests 955950–G, etc., of R. H. Macy & Co., Inc., et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.